UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JADEN TURNER,

                Plaintiff,

                v.

JOHN DAVID MATTHEWS, and
DOES 1 through 50, inclusive,

                Defendant.

Case No.: CV 24−451−DMG (PDx)

**ORDER RE STIPULATION FOR
DISMISSAL OF ACTION WITH
PREJUDICE [37]**

**ORDER RE STIPULATION FOR DISMISSAL OF ACTION**

The Court having reviewed and considered the Parties' Stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that the above-captioned action is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side shall bear its own costs.

DATED: March 24, 2026

_____
DOLLY M. GEE
Chief United States District Judge

**ORDER RE STIPULATION FOR DISMISSAL OF ACTION**